UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SALVADOR ROMERO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF EMILIA ABEYTA RE: CAL. CODE CIV. PROC. § 377.32** |

I, Emilia Abeyta, do declare and say:

1. I submit the following declaration concerning my status as the successor-in-interest to Salvador Romero, pursuant to section 377.32 of the California Code of Civil Procedure.

2. Salvador Romero was born on ▓▓▓▓ 1983, in the County of Los Angeles, California.

3. No proceeding is now pending in California for administration of the estate of Salvador Romero.

4. I am the successor-in-interest to Salvador Romero (as defined in section 377.11 of the California Code of Civil Procedure) and succeed to his interest in this action or proceeding. I am the biological mother of Salvador Romero.

5. No other person has a superior right to commence this action or proceeding, or to be substituted for Salvador Romero in this pending action or proceeding.

6. A true and correct copy of the certified death certificate of Salvador Romero is attached.

I declare under penalty of perjury under the laws of the State of Utah that the foregoing is true and correct and that this declaration was executed on February 27, 2023, at Layton, Utah.

_____
Emilia Abeyta

---

**DECLARATION OF EMILIA ABEYTA RE: CAL. CODE CIV. PROC. § 377.32**
*Estate of Romero v. County of Solano*, United States District Court, Eastern District of California, Case No. _____

# STATE OF CALIFORNIA

# COUNTY OF SOLANO

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

STATE FILE NUMBER: 3052022223187
LOCAL REGISTRATION NUMBER: 3202248002843

**DECEDENT'S PERSONAL DATA**

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | SALVADOR |
| 2. MIDDLE | - |
| 3. LAST (Family) | ROMERO |
| AKA, ALSO KNOWN AS | - |
| 4. DATE OF BIRTH | 1983 |
| 5. AGE Yrs. | 39 |
| 8. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 10. SOCIAL SECURITY NUMBER | [redacted] |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 09/04/2022 |
| 8. HOUR (24 Hours) | 1500 FND |
| 13. EDUCATION | UNKNOWN |
| 14/15. HISPANIC | YES MEXICAN |
| 16. DECEDENT'S RACE | MEXICAN |
| 17. USUAL OCCUPATION | STOCK PERSON |
| 18. KIND OF BUSINESS OR INDUSTRY | NON PROFIT ORGANIZATION |
| 19. YEARS IN OCCUPATION | 1 |

**USUAL RESIDENCE**

| Field | Value |
|---|---|
| 20. DECEDENT'S RESIDENCE | 110 WARD COURT |
| 21. CITY | VALLEJO |
| 22. COUNTY/PROVINCE | SOLANO |
| 23. ZIP CODE | 94589 |
| 24. YEARS IN COUNTY | 4 |
| 25. STATE/FOREIGN COUNTRY | CA |

**INFORMANT**

| Field | Value |
|---|---|
| 26. INFORMANT'S NAME, RELATIONSHIP | EMILIA JOSEFITA ABEYTA, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | 748 E 600 N, LAYTON, UT 84041 |

**SPOUSE/RDP AND PARENT INFORMATION**

| Field | Value |
|---|---|
| 28. NAME OF SURVIVING SPOUSE/SRDP—FIRST | - |
| 29. MIDDLE | - |
| 30. LAST (BIRTH NAME) | - |
| 31. NAME OF FATHER/PARENT—FIRST | JOSEPH |
| 32. MIDDLE | - |
| 33. LAST | ROMERO |
| 34. BIRTH STATE | CA |
| 35. NAME OF MOTHER/PARENT—FIRST | EMILIA |
| 36. MIDDLE | JOSEFITA |
| 37. LAST (BIRTH NAME) | ABEYTA |
| 38. BIRTH STATE | CA |

**FUNERAL DIRECTOR / LOCAL REGISTRAR**

| Field | Value |
|---|---|
| 39. DISPOSITION DATE | 09/28/2022 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF EMILIA ABEYTA, 748 E 600 N, LAYTON, UT 84041 |
| 41. TYPE OF DISPOSITION(S) | CREMATE/TRANSIT/RESIDENCE |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 43. LICENSE NUMBER | - |
| 44. NAME OF FUNERAL ESTABLISHMENT | DIABLO VALLEY CREMATION & FUNERAL SERVICES |
| 45. LICENSE NUMBER | FD2235 |
| 46. SIGNATURE OF LOCAL REGISTRAR | BELA MATYAS MD, MPH |
| 47. DATE | 09/27/2022 |

**PLACE OF DEATH**

| Field | Value |
|---|---|
| 101. PLACE OF DEATH | SOLANO COUNTY JAIL |
| 102. IF HOSPITAL, SPECIFY ONE | - |
| 103. IF OTHER THAN HOSPITAL, SPECIFY ONE | Other |
| 104. COUNTY | SOLANO |
| 105. FACILITY ADDRESS OR LOCATION WHERE FOUND | 500 UNION AVENUE |
| 106. CITY | FAIRFIELD |

**CAUSE OF DEATH**

| Field | Value |
|---|---|
| 107. CAUSE OF DEATH — IMMEDIATE CAUSE (A) | PENDING INVESTIGATION |
| 108. DEATH REPORTED TO CORONER? | YES — C22-215 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | - |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. IF FEMALE, PREGNANT IN LAST YEAR? | NO |

**PHYSICIAN'S CERTIFICATION**

| Field | Value |
|---|---|
| 114. I CERTIFY... | - |
| 115. SIGNATURE AND TITLE OF CERTIFIER | - |
| 116. LICENSE NUMBER | - |
| 117. DATE | - |
| 118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE | - |

**CORONER'S USE ONLY**

| Field | Value |
|---|---|
| 119. I CERTIFY... MANNER OF DEATH | Pending Investigation |
| 120. INJURED AT WORK? | - |
| 121. INJURY DATE | - |
| 122. HOUR (24 Hours) | - |
| 123. PLACE OF INJURY | - |
| 124. DESCRIBE HOW INJURY OCCURRED | - |
| 125. LOCATION OF INJURY | - |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JUSTIN MONROE |
| 127. DATE | 09/26/2022 |
| 128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER | JUSTIN MONROE, DEP CORONER |

STATE REGISTRAR

CA SOLAN002

## 1 of 2

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SOLANO

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Solano County Assessor/Recorder.

By _____, Deputy. DATE ISSUED 11-28-2022



MARC C. TONNESEN
COUNTY ASSESSOR/RECORDER



000613076

This copy is not valid unless prepared on an engraved border displaying the date, seal and original signature of the Deputy.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

# STATE OF CALIFORNIA

## COUNTY OF SOLANO

**PHYSICIAN/CORONER'S AMENDMENT**

STATE FILE NUMBER: 3052022223187
LOCAL REGISTRATION NUMBER: 3202248002843

1.1

☐ BIRTH  ☒ DEATH  ☐ FETAL DEATH

TYPE OR PRINT CLEARLY IN BLACK INK ONLY – THIS AMENDMENT BECOMES AN ACTUAL PART OF THE OFFICIAL RECORD

### PART I — INFORMATION TO LOCATE RECORD

**INFORMATION AS IT APPEARS ON ORIGINAL RECORD**

| 1A. NAME—FIRST | 1B. MIDDLE | 1C. LAST | 2. SEX |
|---|---|---|---|
| SALVADOR | - | ROMERO | M |

| 3. DATE OF EVENT—MM/DD/CCYY | 4. CITY OF EVENT | 5. COUNTY OF EVENT |
|---|---|---|
| 09/04/2022 | FAIRFIELD | SOLANO |

### PART II — STATEMENT OF CORRECTIONS

LIST ONE ITEM PER LINE

| 6. CERTIFICATE ITEM NUMBER | 7. INFORMATION AS IT APPEARS ON ORIGINAL RECORD | 8. INFORMATION AS IT SHOULD APPEAR |
|---|---|---|
| 107A | PENDING INVESTIGATION | ASPHYXIA |
| 107AT | - | MINS |
| 107B | | HANGING |
| 107BT | | MINS |
| 112 | - | NONE |
| 119 | PENDING INVESTIGATION | SUICIDE |
| 120 | | N |
| 121 | | 09/04/2022 |
| 122 | | 1440 EST |
| 123 | | OTHER: SOLANO COUNTY JAIL |
| 124 | | APPARENT SUICIDE BY HANGING WHILE IN CUSTODY AT THE SOLANO COUNTY JAIL. |
| 125 | | SOLANO COUNTY JAIL 500 UNION AVENUE, FAIRFIELD, CA 94533 |

**DECLARATION OF CERTIFYING PHYSICIAN OR CORONER**

I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

| 9. SIGNATURE OF CERTIFYING PHYSICIAN OR CORONER | 10. DATE SIGNED—MM/DD/CCYY | 11. TYPED OR PRINTED NAME AND TITLE/DEGREE OF CERTIFIER |
|---|---|---|
| ▶ STEVEN PARIS | 11/10/2022 | STEVEN PARIS, DEPUTY CORONER |

| 12. ADDRESS—STREET and NUMBER | 13. CITY | 14. STATE | 15. ZIP CODE |
|---|---|---|---|
| 1535 AIRPORT BLVD. | NAPA | CA | 94558 |

**STATE/LOCAL REGISTRAR USE ONLY**

| 16. OFFICE OF VITAL RECORDS OR LOCAL REGISTRAR | 17. DATE ACCEPTED FOR REGISTRATION—MM/DD/CCYY |
|---|---|
| ▶ CDPH-VR | 11/14/2022 |

STATE OF CALIFORNIA, DEPARTMENT OF PUBLIC HEALTH, OFFICE OF VITAL RECORDS

FORM VS 24A₀ (REV. 1/08)
1.1

CASOLAN002

2 of 2

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SOLANO



000613077

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Solano County Assessor/Recorder.

By _____, Deputy. DATE ISSUED 11·28·2022

MARC C. TONNESEN
COUNTY ASSESSOR/RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and original signature of the Deputy.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

