Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:   (916) 443-6911
Facsimile:   (916) 447-8336
E-Mail:       mark@markmerin.com
              paul@markmerin.com

  Attorneys for Plaintiffs
  ESTATE OF SALVADOR ROMERO
  and EMILIA ABEYTA

Danielle K. Lewis (State Bar No. 218274)
Hawkins Parnell & Young, LLP
33 New Montgomery, Suite 800
San Francisco, CA 94105
Telephone: 415.979.2073
Email: dlewis@hpylaw.com

  Attorneys for Defendants
  COUNTY OF SOLANO, SOLANO COUNTY
  SHERIFF'S OFFICE, THOMAS FERRARA,
  HUNT, and KIMBROUGH

Paul A. Cardinale (SBN 215812)
Gregory T. Fayard (SBN 212930)
MEDICAL DEFENSE LAW GROUP
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Telephone:   (916) 244-9111

  Attorneys for Defendant
  CALIFORNIA FORENSIC MEDICAL
  GROUP, INC. (erroneously sued as California
  Forensic Medical Group dba Wellpath, Inc.)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SALVADOR ROMERO and EMILIA ABEYTA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, THOMAS FERRARA, HUNT, KIMBROUGH, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, INC., and DOE 1 to 20,<br><br>Defendants. | Case No. 2:23-cv-00523-JAM-AC<br><br>**JOINT STIPULATION RE: INITIAL DISCOVERY, FIRST AMENDED COMPLAINT, AND RESPONSIVE PLEADINGS; ORDER** |

1

**JOINT STIPULATION**
*Estate of Romero v. County of Solano*, United States District Court, Eastern District of California, Case No. 2:23-cv-00523-JAM-AC

## STIPULATION

The Parties—Plaintiffs Estate of Salvador Romero ("Estate") and Emilia Abeyta (collectively, "Plaintiffs"); Defendant California Forensic Medical Group, Inc. ("CFMG"); and Defendants County of Solano, Solano County Sheriff's Office, Thomas Ferrara, Hunt, and Kimbrough (collectively, "County Defendants")—all through their undersigned counsel of record, and subject to the approval of the Court, have diligently and in good faith met and conferred and stipulate as follows:

WHEREAS, Plaintiffs intend to amend their complaint upon receipt and review of initial discovery;

WHEREAS, under Federal Rule of Civil Procedure 26(1)(A), the Parties must produce initial disclosures;

WHEREAS, the Estate propounded requests for production, set one, on County Defendants and CFMG, with current due dates of July 3, 2023;

WHEREFORE, the Parties have met-and-conferred in good faith and reached an agreement as to the sequence of production of initial discovery, the filing of the First Amendment Complaint, and the filing of responsive pleadings, in manner that is efficient and accommodates the Parties' availability;

Now, THEREFORE, the Parties STIPULATE that:

1. The Parties shall produce initial disclosures under Federal Rule of Civil Procedure 26(1)(A), including copies of the documents identified therein, on or before August 11, 2023;

2. County Defendants and CFMG shall produce responses to the Estate's requests for production, set one, on or before August 11, 2023;

3. Plaintiff shall file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), on or before September 8, 2023;

4. County Defendants and CFMG shall file their respective responsive pleadings within 30 days of the filing and service of the First Amended Complaint; and

5. The Parties shall file an Updated Joint Status Report within 30 days of the filing of the First Amended Complaint, pursuant to the Court's Minute Order, ECF No. 9.

IT IS SO STIPULATED.

\ \ \

2

**JOINT STIPULATION**
*Estate of Romero v. County of Solano*, United States District Court, Eastern District of California, Case No. 2:23-cv-00523-JAM-AC

Dated: June 9, 2023

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
   Mark E. Merin
   Paul H. Masuhara

   Attorneys for Plaintiffs
   ESTATE OF SALVADOR ROMERO
   and EMILIA ABEYTA

Dated: June 9, 2023

Respectfully Submitted,
Hawkins Parnell & Young, LLP

*/s/ Danielle K. Lewis*
(as authorized on June 9, 2023)

By: _____
   Danielle K. Lewis

   Attorneys for Defendants
   COUNTY OF SOLANO, SOLANO COUNTY
   SHERIFF'S OFFICE, THOMAS FERRARA,
   HUNT, and KIMBROUGH

Dated: June 9, 2023

Respectfully Submitted,
MEDICAL DEFENSE LAW GROUP

*/s/ Gregory T. Fayard*
(as authorized on June 9, 2023)

By: _____
   Gregory T. Fayard

   Attorneys for Defendant
   CALIFORNIA FORENSIC MEDICAL
   GROUP, INC. (erroneously sued as California
   Forensic Medical Group dba Wellpath, Inc.)

3

**JOINT STIPULATION**
*Estate of Romero v. County of Solano*, United States District Court, Eastern District of California, Case No. 2:23-cv-00523-JAM-AC

**ORDER**

GOOD CAUSE APPEARING, the Parties' Stipulation is **GRANTED**.

1. The Parties shall produce initial disclosures under Federal Rule of Civil Procedure 26(1)(A), including copies of the documents identified therein, on or before **August 11, 2023**;

2. County Defendants and CFMG shall produce responses to the Estate's requests for production, set one, on or before **August 11, 2023**;

3. Plaintiff shall file a First Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), on or before **September 8, 2023**;

4. County Defendants and CFMG shall file their respective responsive pleadings within **30 days** of the filing and service of the First Amended Complaint; and

5. The Parties shall file an <u>Updated</u> Joint Status Report within **30 days** of the filing of the First Amended Complaint, pursuant to the Court's Minute Order, ECF No. 9.

IT IS SO ORDERED.

Dated: June 12, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

4

**JOINT STIPULATION**
*Estate of Romero v. County of Solano*, United States District Court, Eastern District of California, Case No. 2:23-cv-00523-JAM-AC