Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone:    (916) 443-6911
Facsimile:    (916) 447-8336
E-Mail:    mark@markmerin.com
          paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF SALVADOR ROMERO
and EMILIA ABEYTA

Danielle K. Lewis (State Bar No. 218274)
Hawkins Parnell & Young, LLP
33 New Montgomery, Suite 800
San Francisco, CA 94105
Telephone: 415.979.2073
Email: dlewis@hpylaw.com

Attorneys for Defendants
COUNTY OF SOLANO, SOLANO COUNTY
SHERIFF'S OFFICE, THOMAS FERRARA,
DANI HUNT, EUGENE KIMBROUGH,
WENDY GONZALEZ, JEREL ARCON,
and KRISTIAN DIAZ

Paul A. Cardinale (SBN 215812)
Gregory T. Fayard (SBN 212930)
MEDICAL DEFENSE LAW GROUP
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9111
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC. (erroneously sued as California
Forensic Medical Group dba Wellpath, Inc.),
SENAIDA RANGEL, JORDAN ALARCON,
and DOLORES GUMATAOTAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SALVADOR ROMERO and EMILIA ABEYTA, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, THOMAS FERRARA, DANI HUNT, EUGENE KIMBROUGH, WENDY GONZALEZ, JEREL ARCON, KRISTIAN DIAZ, CALIFORNIA FORENSIC MEDICAL GROUP dba WELLPATH, SENAIDA RANGEL, JORDAN ALARCON, and DOLORES GUMATAOTAO, <br><br> Defendants. | Case No. 2:23-cv-00523-JAM-AC <br><br> **STIPULATION TO LIFT STAY; ORDER** |

1

The Estate of Salvador Romero and Emilia Abeyta (collectively, "Plaintiffs"); the County of Solano, Solano County Sheriff's Office, Thomas Ferrara, Dani Hunt, Eugene Kimbrough, Wendy Gonzalez, Jerel Arcon, and Kristian Diaz (collectively, "County Defendants"); and California Forensic Medical Group, Inc. (erroneously sued as California Forensic Medical Group dba Wellpath, Inc.), Senaida Rangel, Jordan Alarcon, and Dolores Gumataotao ("CFMG Defendants") stipulate as follows.

WHEREAS, on November 20, 2024, the Court ordered this case stayed and administratively closed, based on the pendency of bankruptcy proceedings, ECF No. 35;

WHEREFORE, the bankruptcy proceedings have concluded, ECF No. 36; and

Now, THEREFORE, the parties STIPULATE to LIFT the STAY and to ADMINISTRATIVELY REOPEN this action.

Dated: October 21, 2025

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: _____
    Mark E. Merin
    Paul H. Masuhara

    Attorneys for Plaintiffs
    ESTATE OF SALVADOR ROMERO
    and EMILIA ABEYTA

Dated: October 27, 2025

Respectfully Submitted,
Hawkins Parnell & Young, LLP

*/s/ Danielle K. Lewis*
(as authorized on October 27, 2025)
By: _____
    Danielle K. Lewis

    Attorneys for Defendants
    COUNTY OF SOLANO, SOLANO COUNTY
    SHERIFF'S OFFICE, THOMAS FERRARA,
    DANI HUNT, EUGENE KIMBROUGH,
    WENDY GONZALEZ, JEREL ARCON,
    and KRISTIAN DIAZ

Dated: October 27, 2025

Respectfully Submitted,
MEDICAL DEFENSE LAW GROUP

*/s/ Gregory T. Fayard*
(as authorized on October 27, 2025)
By: _____
Gregory T. Fayard

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL
GROUP, INC. (erroneously sued as California
Forensic Medical Group dba Wellpath, Inc.),
SENAIDA RANGEL, JORDAN ALARCON,
and DOLORES GUMATAOTAO

## ORDER

GOOD CAUSE APPEARING, the parties' stipulation is **GRANTED**.

The Court **LIFTS** the STAY and **ADMINISTRATIVELY REOPENS** this action.


IT IS SO ORDERED.


Dated:  January 09, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE