Mark E. Merin (State Bar No. 043849)
Paul H. Masuhara (State Bar No. 289805)
LAW OFFICE OF MARK E. MERIN
1010 F Street, Suite 300
Sacramento, California 95814
Telephone: (916) 443-6911
Facsimile: (916) 447-8336
E-Mail: mark@markmerin.com
paul@markmerin.com

Attorneys for Plaintiffs
ESTATE OF SALVADOR ROMERO
and EMILIA ABEYTA

Danielle K. Lewis (State Bar No. 218274)
HAWKINS PARNELL & YOUNG, LLP
1 Post Street, Suite 2500
San Francisco, CA 94104
Telephone: 415.979.2073
Email: dlewis@hpylaw.com

Attorneys for Defendants
COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, THOMAS FERRARA, DANI HUNT, EUGENE KIMBROUGH, WENDY GONZALEZ, JEREL ARCON, and KRISTIAN DIAZ

Paul A. Cardinale (SBN 215812)
Gregory T. Fayard (SBN 212930)
MEDICAL DEFENSE LAW GROUP
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9111
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
greg.fayard@med-defenselaw.com

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC. (erroneously sued as California Forensic Medical Group dba Wellpath, Inc.), SENAIDA RANGEL, JORDAN ALARCON, and DOLORES GUMATAOTAO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ESTATE OF SALVADOR ROMERO, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, et al.,<br><br>Defendants. | Case No. 2:23-cv-00523-JAM-AC<br><br>**STIPULATION AND ORDER TO EXTEND DISPOSITIONAL DOCUMENTS DEADLINE** |

**STIPULATION**

Pursuant to Local Rule 160(b), the Estate of Salvador Romero and Emilia Abeyta (collectively, "Plaintiffs"); the County of Solano, Solano County Sheriff's Office, Thomas Ferrara, Dani Hunt, Eugene Kimbrough, Wendy Gonzalez, Jerel Arcon, and Kristian Diaz (collectively, "County Defendants"); and California Forensic Medical Group DBA Wellpath, Senaida Rangel, Jordan Alarcon, and Dolores Gumataotao (collectively, "Wellpath Defendants") stipulate to extend the dispositive document deadline.

WHEREAS, on June 24, 2026, the parties filed a notice of settlement, ECF No. 60;

WHEREAS, later, on June 24, 2026, the Court ordered that the parties shall "file dispositional documents no later than Monday, July 20, 2026," ECF No. 61;

WHEREAS, on July 15, 2026, Plaintiffs executed the parties' settlement agreement;

WHEREFORE, the parties' counsel have met-and-conferred and determined that an additional thirty (30) days is necessary for Defendants to issue and produce settlement payments; and

Now, THEREFORE, the parties STIPULATE to EXTEND the dispositive documents deadline by thirty (30) days, from July 20, 2026, to August 14, 2026.

IT IS SO STIPULATED.

Dated: July 16, 2026

Respectfully Submitted,
LAW OFFICE OF MARK E. MERIN

*/s/ Mark E. Merin*

By: ______________________________
Mark E. Merin
Paul H. Masuhara

Attorneys for Plaintiffs
ESTATE OF SALVADOR ROMERO
and EMILIA ABEYTA

Dated: July 16, 2026

Respectfully Submitted,
HAWKINS PARNELL & YOUNG, LLP

*/s/ Danielle K. Lewis*
(as authorized on July 16, 2026)
By: ________________________________
Danielle K. Lewis

Attorneys for Defendants
COUNTY OF SOLANO, SOLANO COUNTY SHERIFF'S OFFICE, THOMAS FERRARA, DANI HUNT, EUGENE KIMBROUGH, WENDY GONZALEZ, JEREL ARCON, and KRISTIAN DIAZ

Dated: July 16, 2026

Respectfully Submitted,
MEDICAL DEFENSE LAW GROUP

*/s/ Gregory T. Fayard*
(as authorized on July 16, 2026)
By: ________________________________
Paul A. Cardinale
Gregory T. Fayard

Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC. (erroneously sued as California Forensic Medical Group dba Wellpath, Inc.), SENAIDA RANGEL, JORDAN ALARCON, and DOLORES GUMATAOTAO

**ORDER**

GOOD CAUSE APPEARING, pursuant to Local Rule 160(b), the Court **GRANTS** the parties' stipulation. The dispositional documents deadline is **EXTENDED** by thirty (30) days, from July 20, 2026, to **August 14, 2026**.

IT IS SO ORDERED.

Dated: July 17, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE